UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL RHYME a/k/a JARRELL RANDLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICULY POLLEY, ) <br> KAITLIN JACKOWICZ, ) <br> UNKNOWN DEFENDANTS, ) <br> COUNTY OF DECATUR, ) <br> CITY OF GREENSBURG, ) <br> ) <br> Defendants. ) | No. 1:23-cv-00469-TWP-TAB |

## ORDER DENYING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE RESPONSE BRIEF INSTANTER

This matter is before the Court on Plaintiff Darrell Rhyme's ("Mr. Rhyme") Motion for Leave to File a Consolidated Response Brief Instanter (Filing No. 89). Previously, after missing the summary judgment response deadline, Mr. Rhyme filed a Motion for Extension of Time to File a Response (Filing No. 78), which the Court denied (Filing No. 86). On December 9, 2025, the Court granted summary judgment for Defendants City of Greensburg, Kaitlin Jackowicz, County of Decatur, and Niculy Polley (Filing No. 87), and issued Final Judgment (Filing No. 88). The Court also dismissed Mr. Rhyme's claims against the Unknown Defendants.

Forty minutes after the Court docketed its ruling on the summary judgment motions and entered final judgment, Mr. Rhyme filed this motion.[1] Procedurally, it must be denied: The entry of final judgment left no issues remaining in this case. *Price v. Wyeth Holdings Corp.*, 505 F.3d 624, 629 (7th Cir. 2007) ("[A] 'cause' (that is, lawsuit) cannot continue to exist once every cause

---

[1] The Court notes that Mr. Rhyme's Motion seeks to preserve his version of the material facts "prior to" the summary judgment ruling (Filing No. 89 at ¶ 6); however, the Motion was filed after the ruling.

of action within it has been dismissed."). With the case closed, no action can be taken on Mr. Rhyme's motion.

Mr. Rhyme's post-judgment Motion for Leave to File a Consolidated Response Brief Instanter (Filing No. 89) is **DENIED as moot** because summary judgment was **GRANTED,** and this action was **CLOSED** on December 9, 2025. The summary judgment Order is a final, appealable Order. To the extent Mr. Rhyme seeks post-judgment relief from the final judgment or other order of this Court, he must do so by filing the appropriate post-judgment motion pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: 12/17/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Allissa Aardema
Kightlinger & Gray, LLP
aaardema@k-glaw.com

Christine L. Bartlett
FERGUSON & FERGUSON
clb@ferglaw.com

Pfenne Peter Cantrell
Kightlinger & Gray, LLP
pcantrell@k-glaw.com

David L. Ferguson
FERGUSON & FERGUSON
dlf@ferglaw.com

Gigi Gilbert
Gigi Gilbert
gigigilbert@gigigilbert.com